```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 18-00689-RNO
Antonino Cutrona                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin               Page 1 of 1        Date Rcvd: Jun 18, 2018
                              Form ID: 318              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db              +Antonino Cutrona,    150 Laurel Circle,    Hawley, PA 18428-4036
5025779         +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
5025781          Bobs Ds Furn,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
5025789         +Tdrcs/raymour & Flanig,    1000 Macarthur Bv,    Mahwah, NJ 07430-2035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: AISACG.COM Jun 18 2018 22:58:00      BMW Financial Services NA, LLC, c/o AIS Portfolio,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5025780          EDI: BMW.COM Jun 18 2018 22:58:00      Bmw Financial Services,    5515 Parkcenter Cir,
                  Dublin, OH 43017
5029932         +EDI: AISACG.COM Jun 18 2018 22:58:00      BMW Financial Services NA, LLC,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5025778         +EDI: TSYS2.COM Jun 18 2018 22:58:00      Barclays Bank Delaware,    Po Box 8803,
                  Wilmington, DE 19899-8803
5025782          EDI: CAPITALONE.COM Jun 18 2018 22:58:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
5025783         +EDI: DISCOVER.COM Jun 18 2018 22:58:00      Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
5025784         +EDI: MERRICKBANK.COM Jun 18 2018 22:58:00      Merrick Bank Corp,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
5026656         +EDI: PRA.COM Jun 18 2018 22:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5025785         +EDI: RMSC.COM Jun 18 2018 22:58:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
5025786         +EDI: RMSC.COM Jun 18 2018 22:58:00      Syncb/sleepys,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
5025787         +EDI: RMSC.COM Jun 18 2018 22:58:00      Syncb/tjx Cos Dc,    Po Box 965005,
                  Orlando, FL 32896-5005
5025788         +EDI: RMSC.COM Jun 18 2018 22:58:00      Syncb/walmart Dc,    Po Box 965024,
                  Orlando, FL 32896-5024
5025790         +EDI: CITICORP.COM Jun 18 2018 22:58:00      Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
5025791         +EDI: WFFC.COM Jun 18 2018 22:58:00      Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                                TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
```
              James  Warmbrodt     on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Antonino  Cutrona jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Antonino Cutrona** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−0953** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:18−bk−00689−RNO** | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Antonino Cutrona
aka Anthony Cutrona

**By the court:**



June 18, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**